UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.

| | |
|---|---|
| KATIE WARREN,<br>　　　　Plaintiff<br>v.<br><br>P.O. MARK ROJAS and<br>P.O. KELLEN SMITH,<br>In Their Individual And Official<br>Capacities, and<br>JOHN DOES 1-5 In Their Supervisory<br>Capacities, and<br>GARY GEMME, CHIEF of POLICE and<br>CITY MANAGER MICHAEL V. O'BRIEN,<br>Each In Their Individual And Official<br>Capacities, and the CITY OF WORCESTER,<br>　　　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

NOTICE OF REMOVAL OF CIVIL ACTION FROM STATE
COURT TO THE UNITED STATES DISTRICT COURT

Defendants Kellen Smith, Chief of Police Gary Gemme, City Manager Michael V. O'Brien, the City of Worcester, and Mark Rojas, through their undersigned attorneys, hereby file this Notice of Removal, pursuant to 28 U.S.C. §§ 1441(a) and (b) and 1446, to remove the above-captioned case now pending in the Superior Court, Department of the Trial Court, Commonwealth of Massachusetts, in and for the County of Worcester. As grounds for the removal, these Defendants state the following:

1. On September 3, 2009, this action was commenced in the Superior Court of Worcester County, Massachusetts, as Civil Action No. 09-2071B. The initial complaint was never served. A First Amended Complaint was filed on September 16, 2009. Process was served upon Kellen Smith on or about November 24, 2009. Process was served upon Mark

Rojas on or about November 25, 2009. Process was served on Gary Gemme, Chief of Police, on or about November 23, 2009. And, finally, process was served on City Manager Michael V. O'Brien and the City of Worcester on or about November 20, 2009.[1]

2. This action is a civil action brought by Plaintiff, in which she seeks, among other things, to recover damages she allegedly suffered when the Defendants allegedly violated her civil rights under 42 U.S.C. § 1983. (See Plaintiff's First Amended Complaint, attached hereto as Exhibit A.)

3. The action is one of which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1331 and 42 U.S.C. § 1983 and is one which may be removed to the District Court by Defendants pursuant to the provisions of 28 U.S.C. § 1441(a) and (b) in that it is a civil action containing claims or rights arising under the laws of the United States.

4. The notice is filed within thirty days after the first Defendants were served with copies of the summons and complaint.

5. Copies of all process, pleadings, and orders either served upon Defendants or filed in the State Court action are attached and filed herein. (See original Complaint, attached hereto as Exhibit B.)

WHEREFORE, Defendants Kellen Smith, Chief of Police Gary Gemme, City Manager Michael V. O'Brien, the City of Worcester, and Mark Rojas give notice that this action is removed from the Worcester Superior Court to this Court.

---

[1] These Defendants are not waiving any defenses with respect to insufficient service of process.

DEFENDANTS KELLEN SMITH,
GARY GEMME, CHIEF OF POLICE,
CITY MANAGER MICHAEL V. O'BRIEN,
And the CITY OF WORCESTER,
By their attorneys,

David M. Moore
City Solicitor

/s/ Janet J. McGuiggan
Janet J. McGuiggan (BBO #630013)
Assistant City Solicitor
City Hall, Room 301
455 Main Street
Worcester, MA 01608
Telephone: (508) 799-1161
mcguigganj@ci.worcester.ma.us


DEFENDANT MARK ROJAS

By his attorneys,


/s/ Austin M. Joyce, Esq.
Austin M. Joyce, Esq. (BBO #255040)
Michael J. Akerson, Esq. (BBO #558565)
Andrew J. Gambaccini, Esq. (BBO #654690)
John Vigliotti, Esq. (BBO #642337)
Reardon, Joyce & Akerson
4 Lancaster Terrace
Worcester, MA 01609
Telephone: (508) 754-7285
ajoyce@rja-law.com

## CERTIFICATE OF SERVICE

I, Janet J. McGuiggan, hereby certify that on this 15th day of December, 2009, I served the within Notice of Removal of Civil Action From State Court to the United States District Court upon Plaintiff by providing a copy of the same to Plaintiff's counsel of record, Hector E. Pineiro, via the United States District Court's electronic notification system, and upon Mark Rojas via email notification to Austin M. Joyce at ajoyce@rja-law.com.

/s/ Janet J. McGuiggan
Janet J. McGuiggan
Assistant City Solicitor