UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KATIE WARREN,<br>    Plaintiff<br><br>v.<br><br>P.O. MARK ROJAS, and P.O. KELLEN SMITH,<br>IN THEIR INDIVIDUAL AND OFFICIAL<br>CAPACITIES, and JOHN DOES 1-5 IN THEIR<br>SUPERVISORY CAPACITIES, and<br>GARY GEMME, CHIEF of POLICE and<br>CITY MANAGER MICHAEL V. O'BRIEN,<br>EACH IN THEIR INDIVIDUAL AND OFFICIAL<br>CAPACITIES, and THE CITY OF WORCESTER,<br>    Defendants | C.A. NO.: 09-40217-FDS |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL RELATIVE TO ALREADY FILED MOTION TO COMPEL FURTHER PRODUCTION OF DOCUMENTS FROM THE DEFENDANT CITY OF WORCESTER**

Now comes the plaintiff Katie Warren and she respectfully requests that this Court grant leave to file internal affairs documents recently produced by Worcester under seal. Said records are subject to a protective order agreed to by the parties. Plaintiff will bring the documents to be filed under seal to today's April 1, 2011 status conference, as well as a summary of them for the Court's review.

1

Respectfully submitted,

Plaintiff KATIE WARREN,

By her attorneys,

*/s/ Robert H. Beadel*
Hector E. Pineiro BBO # 555315
Robert H. Beadel
Robert A. Scott BBO # 648740
807 Main Street
Worcester, MA 01610
Tel. (508) 770-0600

CERTIFICATE OF SERVICE

  I, Robert H. Beadel, Esq., hereby certify that the within document, filed this April 1st via the Electronic Filing System of the Court, has been served on all registered participants, and there are no unregistered participants.

/s/ Robert H. Beadel